NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3296

STEVEN G. COKER,

Petitioner,

v.

DEPARTMENT OF COMMERCE,

Respondent.

Petition for review of the Merit Systems Protection Boar in DA0752070282-C-1.

ON MOTION

Before PROST, Circuit Judge.

## ORDER

The Department of Commerce moves without opposition for a 33-day extension of time, until February 17, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Peter H. Noone, Esq.
       Robert E. Chandler, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK